

**ORDERED in the Southern District of Florida on January 25, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

GULFSTREAM INTERNATIONAL
GROUP, INC., et al.,

        Debtors.              /

Chapter 11 Case
Case No.: 10-44131-JKO

KENNETH A. WELT, as Liquidating Trustee,

        Plaintiff,

v.

WEATHERLY GROUP, LLC, *et al.*,

        Defendants.
_____/

Adv. No. 12-02056-JKO

**AGREED ORDER GRANTING AGREED
<u>MOTION TO ABATE PROCEEDING [ECF 7]</u>**

THIS MATTER having come on for consideration upon the agreed motion of Plaintiff, Kenneth A. Welt, as Liquidating Trustee, and Defendants, Weatherly Group, LLC and Thomas A. McFall, for entry of an order abating the adversary proceeding [ECF 7], and the Court having

reviewed the Motion and being advised that the Motion is agreed to by all interested parties therein, and being otherwise fully advised in the premises, it is thereupon

ORDERED that the adversary proceeding is abated through July 16, 2013. At that time, Counsel for the Plaintiff and Defendant shall advise the Court of the status of case 12-30848 (02), filed by Plaintiff, pending in the Circuit Court in and for the 17th Judicial Circuit of Broward County, Florida.

###

Submitted by:

Aaron S. Weiss
Florida Bar No. 48813
Carlton Fields, P.A.
100 Southeast Second Street, Suite 4200
Miami, Florida 33131
Telephone:    (305) 530-0050
Facsimile:    (305) 530-0055
E-mail:  aweiss@carltonfields.com

Copies furnished to:

Attorney Weiss is directed to serve a conformed copy of this order on all parties served with the Motion.