UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re<br><br>GULFSTREAM INTERNATIONAL<br>GROUP, INC. et al.<br><br>      Debtors.<br>_____/ | CASE NO. 10-44131-BKC-JKO<br>CHAPTER 11<br>(Substantively Consolidated) |
| KENNETH A. WELT, as Liquidating Trustee<br>of the estate of the above-styled substantively<br>consolidated Debtors,<br><br>      Plaintiff,<br><br>v.<br><br>WEATHERLY GROUP, LLC, a limited<br>liability company, and THOMAS A. MCFALL,<br>an individual,<br><br>      Defendants.<br>_____/ | ADV. NO. 12-02056-BKC-JKO-A |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Kenneth A. Welt, as Liquidating Trustee of the substantively consolidated estates of Gulfstream International Group, Inc., Gulfstream International Airlines, Inc., Gulfstream Training Academy, Inc., GIA Holdings Corp., Inc., and Gulfstream Connection, Inc., and Defendants, Weatherly Group, LLC ("WG") and Thomas A. McFall ("Mr. McFall") (collectively, "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure and the *Amended Order Granting Motion of Liquidating Trustee Kenneth A. Welt: (i) to Approve Settlement and Compromise of Controversy with Certain Former Officers and Directors of Debtors; (ii) for Entry of Bar Order and (iii) for Authorization to Approve and Pay Contingency Fee of $855,000 to the Trustee's Litigation Counsel* [Main Case, ECF No. 940] (the "Settlement Order"), files this notice of voluntary dismissal of

this action with prejudice.  Pursuant to the Settlement Order each party is to bear its own attorneys' fees and costs in this matter, and the Court shall retain jurisdiction to enforce the Settlement Order.

Dated: December 17, 2013.

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Plaintiff*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300

By: /s/ David C. Cimo
    David C. Cimo, Esq.
    Fla. Bar. No. 775400
    Monique D. Hayes, Esq.
    Fla. Bar No. 843571

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing Notice was served via CM/ECF Notification and/or U.S. Mail on the 17th day of December, 2013.

*/s/* David D. Cimo
David D. Cimo
Florida Bar No. 775400
Email: dcimo@jgb-law.com

## SERVICE LIST

David C. Cimo, Esq on behalf of Plaintiff Kenneth A. Welt
dcimo@gjb-law.com, gjbecf@gjb-law.com

David James Smith, Esq on behalf of Defendant Weatherly Group, LLC
dsmith@carltonfields.com

David James Smith, Esq on behalf of Defendant Thomas A. McFall
dsmith@carltonfields.com